OSVALDO E. FUMO, ESQ.
Nevada bar No. 5956
PITARO & FUMO, CHTD.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
JOHNATHAN ALBERTO GUTIERREZ

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-mj-652-EJY |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CLOSE CASE AND VACATE REQUIREMENT HEARING |
| JOHNATHAN ALBERTO GUTIERREZ, | |
| | (First Request) |
| Defendants. | |

IT IS HEREBY STIPULATED by and between JOHNATHAN ALBERTO GUTIERREZ, Defendant, by and through his counsel OSVALDO E. FUMO, ESQ., and the United States of America, by and through, RACHEL KENT, that the hearing in the above-captioned case currently set for February 23, 2021, at 10:00 a.m., be vacated and closed.

This Stipulation is entered into for the following reasons:

1. Counsel has spoken to his client and he has completed all of requirements. (Exhibit A)

2. Counsel for the government has no opposition to vacate and close case.

3. Counsel was provided proof by Mr. Gutierrez that he has completed his requirements at this time.

4. For all the above-stated reasons, the ends of justice would best be served by vacating and closing case.

DATED this 18th day of August 2020.

Respectfully submitted.

NICHOLAS TRUTANICH
PITARO & FUMO, CHTD.                UNITED STATES ATTORNEY


_____/s/_____            _____/s/_____
OSVALDO E. FUMO, ESQ.                RACHEL KENT, ESQ.
601 LAS VEGAS BOULEVARD, SOUTH       ASSISTANT UNITED STATES ATTORNEY
LAS VEGAS, NEVADA 89101              501 LAS VEGAS BOULEVARD, SOUTH
ATTORNEY FOR DEFENDANT               LAS VEGAS, NEVADA 89101
GUTIERREZ

OSVALDO E. FUMO, ESQ.
Nevada bar No. 5956
PITARO & FUMO, CHTD.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
JOHNATHAN ALBERTO GUTIERREZ

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-mj-652-EJY |
| Plaintiff, | |
| v. | |
| JOHNATHAN ALBERTO GUTIERREZ, | |
| Defendants. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Counsel has spoken to his client and he has completed all of requirements. (Exhibit A)

2. Counsel for the government has no opposition to vacate and close case.

3. Counsel was provided proof by Mr. Gutierrez that he has completed his requirements at this time.

4. For all the above-stated reasons, the ends of justice would best be served by vacating and closing case.

## ORDER

**IT IS ORDERED** that HEARING currently scheduled for February 23, 2021 at the hour of 10:00 a.m., be vacated and that case is closed.

Dated this 23rd day of February, 2021

*[signature]*
U.S. MAGISTRATE JUDGE